# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SUGEILY FELICIA CASTILLO,

   Plaintiff,

v.

ANDREW SAUL,[1]
Commissioner of Social Security,

   Defendant.

3:18-CV-1958
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 1st DAY OF OCTOBER, 2019, upon review of Magistrate Judge Carlson's Report & Recommendation ("R&R") (Doc. 11) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 11) is **ADOPTED** for the reasons discussed therein.

2. Plaintiff's Appeal is **DENIED**.

3. The Commissioner of Social Security's decision is **AFFIRMED**.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), the Court has replaced former Acting Commissioner of Social Security, and named Defendant, Nancy Berryhill, with Andrew Saul, the current Commissioner of Social Security.